**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **CHRIS RICE, On Behalf Of Himself and All Others Similarly Situated,** )<br>)<br>) | |
| **Plaintiff,** ) | |
| **v.** ) | **CIVIL ACTION NO. 5:23-cv-414 (MTT)** |
| ) | |
| **GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,** )<br>)<br>)<br>) | |
| **Defendant.** ) | |

## ORDER

Plaintiff Chris Rice and Defendant Government Employment Insurance Company ("GEICO") have filed a joint motion (1) to extend the deadline to amend pleadings to January 31, 2025, and set a deadline of March 6, 2025, for Rice to file a motion for conditional certification and notice, and (2) to vacate the current deadlines for expert witness disclosures, dispositive motions, and *Daubert* motions, and hold these deadlines in abeyance until a ruling on the Plaintiff's motion for conditional certification.[1]  Doc. 62.  The joint motion for an extension (Doc. 62) is **GRANTED** in part and **DENIED** in part.  It is hereby **ORDERED** that:

   a. **Time for Discovery:** The time for discovery in this case shall expire June 23, 2025.

---

[1] They propose that the parties submit a new discovery schedule within 14 days of the Court's ruling on the conditional certification motion.  Doc. 62.

**b. <u>Expert Witnesses:</u>** Plaintiff must disclose expert witnesses and provide expert reports on or before April 22, 2025.  Defendants must disclose expert witnesses and provide expert reports on or before May 22, 2025.

**c. <u>Motions to Amend the Pleadings or to Join Parties</u>**: All motions seeking to amend the pleadings must be filed no later than January 31, 2025.

**d. <u>Motion for Conditional Certification and Notice:</u>** The deadline for Plaintiff to file a motion for conditional certification is January 31, 2025.

**e. <u>Dispositive Motions:</u>** All dispositive motions must be filed no later than July 23, 2025.

**f. <u>*Daubert* Motions</u>:** All *Daubert* motions must be filed no later than July 23, 2025.

**SO ORDERED**, this 15th day of November, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT