IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRIS RICE, On Behalf Of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:23-cv-414 (MTT) ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Defendant Government Employees Insurance Company ("GEICO") is hereby **ORDERED** to respond to Plaintiffs' motion for reconsideration (Doc. 95) no later than **Tuesday, July 22, 2025**.

Given the extensive discovery in this case, the Court is inclined to permit the existing Opt-In Plaintiffs to remain as plaintiffs, in which case dispositive motions would focus on the viability of each individual Plaintiff's and Opt-In Plaintiffs' claims. *Mickles on behalf of herself v. Country Club Inc.*, 887 F.3d 1270, 1280 (11th Cir. 2018) ("District courts have … allowed opt-in plaintiffs to stay in the litigation, even after certification is denied."); *see Ramirez v. SnapMedTech, Inc.*, 2024 WL 3551122, at *7 (N.D. Ga. Feb. 13, 2024).

**SO ORDERED**, this 15th day of July, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT